# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                              PLAINTIFF

vs.                NO. 4:11CR00119-001 SWW

RALPH D. JACKSON                                    DEFENDANT

## **ORDER**

Pending before the Court is defendant's pro se motion for early termination of supervised release (doc #58). After a review of the motion, the Court is of the opinion that a response by the United States of America would facilitate the resolution of the motion. The Court therefore directs the United States to respond to the motion on or before *September 13, 2016.*

IT IS SO ORDERED this 24th day of August 2016.

                                                           /s/Susan Webber Wright

                                                           UNITED STATES DISTRICT JUDGE